UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on April 29, 2005

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 06-102 |
| v. | : | Grand Jury Original |
| JASON ERROL PERCIVAL, also known as Soldier, | : | VIOLATIONS: |
| DAVID SUCHIT, | : | 18 U.S.C. § 1203 (a) (Conspiracy to Commit Hostage Taking Resulting in Death) |
| RUSSEL JERRY JOSEPH, also known as Saucy, | : | 18 U.S.C. § 1203 (a) (Hostage Taking Resulting in Death) |
| ZION CLARKE, | : | |
| WINSTON GITTENS, | : | 18 U.S.C. § 2 (Aiding and Abetting and Causing an Act to be Done) |
| RICARDO De FOUR, | : | |
| LEON NURSE, also known as Leo, | : | |
| KEVON DEMERIEUX, also known as Ketchit, | : | |
| Defendants. | : | |

BATES, J. JDB
B

FILED IN OPEN COURT

APR 26 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

**INDICTMENT**

The Grand Jury charges that:

<u>COUNT ONE</u>

At all times material to this Indictment, except as otherwise indicated:

A. <u>Background</u>

1. The victim, Balram Maharaj, was a national and citizen of the United States.

2. The defendants, **JASON ERROL PERCIVAL, also known as Soldier, DAVID SUCHIT, RUSSEL JERRY JOSEPH, also known as Saucy, ZION CLARKE, WINSTON GITTENS, RICARDO De FOUR, LEON NURSE, also known as Leo, KEVON DEMERIEUX, also known as Ketchit,** are citizens of the country of Trinidad and Tobago (hereinafter "Trinidad").

3. All events alleged in this Indictment took place within the country of Trinidad, in the extraterritorial jurisdiction of the United States, and, pursuant to Title 18, United States Code, Section 3238, within the venue of the United States District Court for the District of Columbia.

B. <u>The Conspiracy</u>

4. Beginning at dates and times unknown to the Grand Jury, but including the period from on or about March 1, 2005 and continuing to on or about April 15, 2005, in Trinidad, the defendants **JASON ERROL PERCIVAL, also known as Soldier, DAVID SUCHIT, RUSSEL JERRY JOSEPH, also known as Saucy, ZION CLARKE, WINSTON GITTENS, RICARDO De FOUR, LEON NURSE, also known as Leo, KEVON DEMERIEUX, also known as Ketchit,** and others known and unknown to the Grand Jury, did knowingly conspire and agree with each other and with other conspirators, both known and unknown to the Grand Jury, to seize and detain and threaten to kill, to injure, and to continue to detain Balram Maharaj in order to compel a third person to pay ransom for the release of Balram Maharaj, as an explicit and implicit condition for the release of Balram Maharaj.

5. The death of Balram Maharaj resulted from this conspiracy to commit hostage taking.

(**Conspiracy to Commit Hostage Taking Resulting in Death**, in violation of Title 18, United States Code, Section 1203.)

## COUNT TWO

1. Paragraphs 1 through 3 of Count One of this Indictment are hereby re-alleged as if fully set forth herein and are incorporated by reference.

2. From on or about April 6, 2005, and continuing thereafter through on or about April 14, 2005, the defendants, **JASON ERROL PERCIVAL, also known as Soldier, DAVID SUCHIT, RUSSEL JERRY JOSEPH, also known as Saucy, ZION CLARKE, WINSTON GITTENS, RICARDO De FOUR, LEON NURSE, also known as Leo, KEVON DEMERIEUX, also known as Ketchit,** (hereinafter referred to as "the defendants") and others, known and unknown to the Grand Jury, within the country of Trinidad and Tobago did knowingly seize and detain and threaten to kill, to injure, and to continue to detain Balram Maharaj, a national and citizen of the United States, in order to compel a third person to pay ransom for the release of the Balram Maharaj, as an explicit and implicit condition for the release of Balram Maharaj.

3.  The death of Balram Maharaj resulted from this hostage taking.

**(Hostage Taking Resulting in Death and Aiding and Abetting and Causing an Act To be Done,** in violation of Title 18, United States Code, Sections 1203 and 2.)

A TRUE BILL:

FOREPERSON

*Kenneth L. Wainstein/MO(sen*
Attorney of the United States in
and for the District of Columbia