**STATEMENT**

Name CHRISTOPHER SEALEY  Sex Male  Age 32 years  D.O.B. 23/6/78
Occupation Shop Keeper  Address 2a Canon Road, Pinta Cruz
Investigating Officer taking Statement No. 1315 P. WPC Mitchell - Ossaryne
Others present No. 11652 R Ryder, Justice of the Peace Mr Asquith Cooke and Hyatt David Sealey JNR.
Date 8 August 2006  Time Commenced 9:15pm  Place Arouca Police Station

I, MICHAEL BOURNE, also known as CHRISTOPHER SEALEY and BOYIE, wish to make a statement. I want someone to write down what I say. I have been told that I need not say anything unless I wish to do so and that whatever I say may be given in evidence. I have also been told that I have the right to retain a legal advisor Christopher Bourne.

[signed] A. H. Cooke
Justice of the Peace
St. George East 8/8/06

[signed] Chris Sealey J.P. 8/8/06

On early January 2005 Wayne PIERE come and check me and say he have some scene line up. He tell me how we go meet by Melounsodes. When we reach by Melounsodes everybody was dey. The soldiers and then Quin.

C.B. o about the same man, CB's which part he does be drinking in El Socorro and after the meeting by the bar, they tell me to go across by the car when we reach across to the car the soldier bring the two guns and handed it to me and Sthika.

mlCooke 02 8/06  Christopher Bourne 8-8-06  Mitchell JNR J 2007 8/8/06

CB video and after we drive down ~ CB
CB Francies Bioette
Bioette he drive around and show me where the man is inside the bar. After we leave and come out the coffin and went inside the bar and after we reach in the bar I end up sticking the man up. Me and Praxia and after we took him to the car Praxia was driving the car and went up Santa Cruz and found him over to the man dem call Soldier. After we hand him over dey tell him to NINJA to go away with him. To leave and went home and then the Soldier come up the road. boy me up the night by the gun. After he had na shot the gun and now I give it to other guys the Soldier CB give it to Ninja cause he didn't want meh name to call. they end up calling meh name and now I CB had to come and tell meh that the NINJA come and tell meh that the man died will come sickness he had and he end up chopping him up and throwing himself everything. NINJA was in he car when he come and tell meh that.

Christopher Bourne 8-8-06
[signature] 8-8-06  [signature] [stamp]
G.P. 70-P190-50,000-/99
[signature] 8-8-06  M. Cabral P.J.P6

Justice of the Peace
St. George East
8/8/06

# STATEMENT

Name...................................... Sex.......... Age..........
Occupation............................... Address..........................
Investigating Officer taking Statement........................ Continued
Others present..........................
Date.......................... Time Commenced.......... Place..........

2

QUESTION: Do you know what Pierre by any other name and where does he live?

ANSWER: Yeah, ninja and he live in Bourg Mulatresse, Santa Cruz and we went to school together and I use to see him in school.

QUESTION: What do you mean by scene line up?

ANSWER: The end up coming up and showing men about the soldier and how and they were planing to kidnap the man for money and they were planing it by Malowood.

QUESTION: How much money was he talking about?

ANSWER: He was talking about (7) seven million dollars $7,000,000.00

QUESTION: Were you promise any share of the money?

ANSWER: They was just talking about the seven million and how to get it.

QUESTION: Where is Melowood's?

ANSWER: That is by the club in Bourg Mulatresse.

QUESTION: Who was at the meeting at the CB# Christopher Bourne 8-8-06 #haroos p8t06
#CB# Christopher Bourne 8-8-06

St George East
JP [signature] 8/8/06
Millerson #788

club?

Answer: It was no soldier Ninja and three soldiers.

Question: Do you know Straka by any other name?

Answer: No. All I know is that he living somewhere in Santa Cruz.

Question: Describe the man in the bar?

Answer: It was ah Indian, low hair slim will I heard one thing.

Question: Did the soldier tell you anything about the men?

Answer: They say he used to fight was in Vietnam or something like that.

Question: Describe the soldiers who was at Melowwoods?

Answer: It had one that was taller than all the rest, dark this hair was low. Next one he was making hand with ninja and he not in the force and he get throw out of the force. He was brown skin, short, stought muscular body and had a low cust. I know him clly seeing him in Boing Mulateress opposite ninja house ducknass Ninja would pass with him in the car. Than it have the next one he still in the force. He used to be trying where they does fix radio and thing by Miguel and then opposite Melowwoods.

S.P. TR. TO.—P. 190-50,000-1/99
M.C. 021/6602 6/8/06

Christopher Bourne  8-8-06
87 yfs Scott 8-8-06  PC Paul 8/8/06

P.C.B

Pt George East
[signature] 8/8/06

**STATEMENT**

Name......................................... Sex......... Age.........
Occupation............................. Address..... continued
Investigating Officer taking Statement.............................
Others present.................................................

Date........................ Time Commenced........... Place...........

and I use to pass and see him right
through. He was short and had a
round face, brown skin and strong
built.

QUESTION: Do you know the driver?
ANSWER: Yeah, he name Smiley, all
of we went to school together. He
was older than me and he living
up in Bronx Mulateress by Ninth.

QUESTION: Does Smiley have a car
and describe it?
ANSWER: Yeh he have one a
think it is a grey but also don't
know the number.

QUESTION: What do you mean by
sticking him up and say how this
was done?
ANSWER: Shaka was standing outside
in road in front the Club and I
we come for him and after I tell
him loh we work. I had the gun
in meh hand that was a dummy
gun it was empty.

QUESTION: What did the man do?
ANSWER: The man did not do anything

M Walker 8/8/06
Christopher: Bourne 8-8-06 at [illegible] 8:50
[signature] Scoff 8-30-6

[sideways notations:]
St. George east
Justice of the Peace 8/8/06
[signatures]

he first walk and when we reach to the car STAKA put him inside the car and after I jump in and went up the road with Bruey. and the same soldier who was always with NINJA was sitting in a car one of the road watching the scene.

QUESTION: when you was by Taylorswoods and the soldier bring the gun. which one of the soldier was that?
ANSWER: the same soldier who was moving with ninja and living up by Taylor, CB.

QUESTION: who showed you the gun?
ANSWER: the STAKA gave gun too.

QUESTION: he gave meh the gun inside the car. the gun STAKA gave him inside the car. PCB

QUESTION: the same soldier who living up by NINJA to show we the door. PCB

QUESTION: when did you hear the man dead and how long after you leave of his clart.
ANSWER: it was abt two weeks. PCB

QUESTION: what about the NINJA come ah hear he dead when NINJA come up by the shop and tell me the man dead and he on he hand. PCB

QUESTION: did you receive any money and he chop him up.
ANSWER: no.

QUESTION: did you kill the man?
ANSWER: did not kill no man and meh ah take part in it.

Christopher Bowers 8-8-0-6
[signatures and notations]

**STATEMENT**

Name.................... Sex......... Age.........
Occupation....................
Address....................
Investigating Officer taking Statement  C. Tinto
Others present....................
Date.................... Time Commenced.................... Place....................

QUESTION: If you see the soldier who was riding with Musta all the time would you be able to identify him?

ANSWER: Yeah because he was set next up with the driver Christopher.

Signed 8-8-06  SP 8/8/06  McGregor 8/8/06

The above statement has been read to me and I have been told that I can correct, alter or add anything I wish. This statement is true. I have made it of my own free will.  Christopher Bourne
8.8.06  Signed 8-8-06
C. Tinto JP 8/8/06

I wish to certify that I was requested by the police at the Homicide Bureau of Force that my presence was needed. On my arrival I met #13158 & PC Craig Hobbs, PC Pinder, A/Sgt. Newman & have sealey and also called Christopher Sealey and her father Hugh) and taken DPC Stevens informed me she was investigating an incident of Rivers and Michael Bourne who she alleged had requested the police officers to leave. Then I con so I could speak to the suspect

to which they complied. I then asked the suspect if he was threatened, pressured or promised anything to give the statement and he said no. He was given on his person a free will to also told him he must object to give any statement and he wanted to give the police to write the statement. I then read the police officers to the room W/C Corrine got the statement forms and read the preamble to the suspect and he said understood and she wrote it. The suspect signed and dated it. The suspect dictated his statement while W/C Corrine related all that was required of her and read the preamble to the suspect and she said understood it. The suspect signed and dated it. The suspect dictated his statement while PC Prude and myself observed. She then asked PC Prude to read the statement and she was satisfied with the contents of what was written. The suspect was also asked by PC Prude to certify also what was read to be properly taken down. She then also had to state if she was satisfied with what was written on the papers to which he said he was satisfied it correctly recorded what was said. He then signed and dated below PC Prude. The suspect ended up

Justice of the [Peace]
St. George East

**STATEMENT**

Name........................................ Sex........ Age........
Occupation.................................. Address.........................
Investigating Officer taking Statement......................
Others present..............................
Date.................. Time Commenced.............. Place..............

Signed and dated 1/8/06. The Subject then wrote a Certificate from the Judges Rules to Clerk Egbus he signed and dated at further disclosure PC Murdo and I did take one.

Agnes Dinho
Justice of the Peace 8/8/06
St. George East

was ended 9:45pm on Tuesday 8th August 2006
Recorded by: Josephine Mitchell-Joseph ASP
Cpl 1035 Kyte.