IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> - vs - <br><br> WAYNE PIERRE, <br>          Defendant. | CRIMINAL No. 06-102(JDB) |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO STRIKE SURPLUSAGE FROM SUPERSEDING INDICTMENT**

The United States of America ("government") hereby responds to defendant Wayne Pierre's Motion to Strike Surplusage From Superseding Indictment [Document 194]. The government does not oppose the defense motion.

                    Respectfully submitted,

                    JEFFREY A. TAYLOR (D.C. Bar No. 498610)
                    United States Attorney


By:          /S/
            JEANNE M. HAUCH (D.C. 426585)
            Assistant United States Attorney
            National Security Section
            555 Fourth Street, N.W., 11th Floor
            Washington, D.C. 20530
            (202) 514-5776
            Jeanne.M.Hauch@usdoj.gov

/S/
_____
BRUCE R. HEGYI (D.C. Bar No. 422741)
Assistant United States Attorney
Federal Major Crimes Section
555 Fourth Street, N.W., Room 4848
Washington, D.C. 20530
(202) 305-9637
(202) 353-9414 (fax)
www.bruce.hegyi@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing was served upon the following counsel, electronically, on this 6th day of August, 2008:

Steven R. Kiersh
5335 Wisconsin Avenue, N.W.
Suite 400
Washington, DC 20015
*Counsel for Anderson Straker*

John J. Carney
Carney & Carney
601 Pennsylvania Avenue, NW
Suite 900 - South Building
Washington, DC 20004
*Counsel for Wayne Pierre*

Pleasant S. Brodnax, III
The Mills Building, Suite 400
1700 Pennsylvania Avenue, NW
Washington, DC 20006
*Counsel for Kevin Nixon*

Patrick M. Donahue
Donahue Law Firm
18 West Street
Annapolis, MD 21401
*Counsel for Christopher Sealy*

/s/

Bruce R. Hegyi