**WARRANT FOR ARREST**　　CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA | DOCKET NO: 06-102-04 | MAGIS. NO: |
| V.<br><br>ZION CLARKE | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br><br>Zion Clarke<br>unknown | |
| DOB:　　　　PDID: | | |
| WARRANT ISSUED ON THE BASIS OF: **INDICTMENT** | DISTRICT OF ARREST | |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

Hostage Taking Resulting in Death

Conspiracy to Commit Hostage Taking Resulting in Death

Aiding and Abetting and Causing an Act to be Done

**FILED**
AUG 0 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**IN VIOLATION OF:**　UNITED STATES CODE TITLE & SECTION:

18 U.S.C. §§ 1203(a) and 2

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY:<br>MAGISTRATE JUDGE ROBINSON | SIGNATURE (JUDGE/MAGISTRATE JUDGE)<br>DEBORAH A. ROBINSON<br>U.S. MAGISTRATE JUDGE<br>U.S. MAGISTRATE JUDGE ROBINSON | DATE ISSUED:<br>4/26/2006 |
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK: [signature] | DATE:<br>4/26/2006 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | 8-5-08 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|---|
| DATE EXECUTED | 8-5-08 | Dnyinyhn Dun | [signature] |
| HIDTA CASE: | Yes ___ No X | | OCDETF CASE: Yes ___ No X |