UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      v.<br><br>ZION CLARKE,<br>RICARDO DEFOUR,<br>LEON NURSE,<br>KEVON DEMERIEUX,<br>ANDERSON STRAKER,<br>WAYNE PIERRE,<br>CHRISTOPHER SEALEY, and<br>KEVIN NIXON,<br><br>      Defendants. | Criminal No. 06-102 (JDB) |

## SCHEDULING ORDER

Pursuant to the status hearing held on this  3rd  day of September 2008, the Court will consolidate pretrial and trial proceedings for defendants Anderson Straker, Wayne Pierre, Christopher Sealey, and Kevin Nixon with the defendants who were extradited from the Republic of Trinidad and Tobago last month -- Zion Clarke, Ricardo DeFour, Leon Nurse, and Kevon Demerieux.  Accordingly, it is hereby

**ORDERED** that the hearing and trial dates set in the Scheduling Order dated July 1, 2008 are **VACATED**; it is further

**ORDERED** that the following schedule shall govern further proceedings in this matter:

I.     **BRIEFING DEADLINES**

     A.     Sealey's opposition to the government's motion to reconsider a portion of the July 28, 2008 Opinion and Order concerning Rule 15 depositions [ECF #261] shall be filed by not later than September 12, 2008.  The government's reply shall be filed by not later than September 19, 2008.  Any other defendant who intends to file a

       memorandum pertaining to the government's motion to reconsider shall file a notice of intent to do so by not later than September 19, 2008.

B.    Sealey's supplemental memorandum in support of his motion to suppress statements [ECF #223] shall be filed by not later than November 3, 2008. The government's response shall be filed by not later than November 17, 2008.

C.    Supplemental memoranda in support of Straker's and Nixon's motions to suppress photographic identification [ECF #263, #267] shall be filed by not later than September 24, 2008. The government's response shall be filed by not later than October 6, 2008.

D.    Any further pretrial motions, including any motions pertaining to Clarke, DeFour, Nurse, and Demerieux (except as noted herein), shall be filed by not later than December 8, 2008. Responses thereto shall be filed by not later than January 12, 2009. Replies shall be filed by not later than January 26, 2009.

E.    Any motion(s) to use a jury questionnaire for voir dire, including the proposed questionnaire(s), shall be filed by not later than April 2, 2009. Defendants shall make good faith efforts to prepare a single joint questionnaire. Responses shall be filed by not later than April 16, 2009. Replies shall be filed by not later than April 23, 2009.

## II. HEARINGS

A.    A status hearing is scheduled for October 23, 2008, at 9:00 a.m.

B.    The motions hearing on Straker's and Sealey's motions to suppress statements [ECF #188, #223] is scheduled for December 2, 2008, at 9:00 a.m.

C.    Another status hearing is scheduled for February 11, 2009, at 9:00 a.m.

    D.    An evidentiary hearing on all remaining motions to suppress shall be held on March 6, 2009, at 9:00 a.m.  The Court will hear argument on all remaining nonevidentiary motions (except for those decided on the briefs) on March 27, 2009, at 9:00 a.m.  Counsel shall reserve the date of March 5, 2009, as an additional date for the hearing on the motions, pending further notice from the Court.

**III.**    **TRIAL**[1]

    A.    Voir dire and jury selection shall take place on May 18 and 22, 2009, beginning at 9:30 a.m.

    B.    Trial shall commence on May 26, 2009, at 9:00 a.m.  Trial is expected to last six weeks.

    **SO ORDERED.**

                                                /s/
                                    JOHN D. BATES
                          United States District Judge

Date:  September 3, 2008

---

[1] By separate Order issued on this date, the Court has determined, pursuant to the Speedy Trial Act, that it is in the interest of justice to exclude the time from today's date until May 26, 2009 in computing the time within which trial must commence.